In the Matter of the Claim of ANNA L. JOHNSON, Respondent, against ELLISON BRONZE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of RUZENA KOHOUT, Respondent, against NATIONAL BRIDGE WORKS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In ·the Matter of the Claim of BERTHA MILLON, Respondent, against IDEAL WET WASH LAUNDRY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Awards affirmed, except as to the disability award to Bertha Millon, daughter of deceased, which is reversed and her claim remitted to the State Industrial Board, on the ground that there is no finding that Bertha Millon was a dependent; on the authority of Matter of Bogold v. Bogold Bros., Inc. (218 App. Div. 676; affd., 245 N. Y. 574). Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Discovery of the Assets of the Estate of ORIN AKIN, Late of Rensselaer County, Deceased.— Order and decree unanimously affirmed, with costs against the appellant. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINIC NEALE, Alias MAGLIOCCO, Appellant.— Judgment of conviction unanimously affirmed. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK HUNGERFORD, Respondent.— Judgment affirmed on the opinion of the county judge [reported in 129 Misc. 777], and the district attorney directed to resubmit the case to another grand jury. Cochrane, P. J., Hinman, McCann and Whitmyer, JJ., concur; Davis, J., dissents and votes for reversal.

WILLIAM S. HAMILL, Respondent, v. McCARTHY ASSETS CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

ELLEN N. O'CONNELL, Respondent, v. RENATO PEZZI and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

DANIEL HABERMAN, Respondent, v. CORNELL STEAMBOAT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

IRA W. CONKLIN, JR., Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant. INTERSTATE PLUMBING COMPANY, INC., Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.